UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

YUSUPHA KAH,

      Plaintiff,

-vs-                        Case No.: 1:16-cv-00477-MHC

FUEL CONNECTION, INC., a
Georgia for Profit Corporation,

      Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE

    Plaintiff, YUSUPHA KAH, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files his Notice of Voluntary Dismissal of the above-styled cause without prejudice.

    Respectfully submitted this 26th day of May, 2016.

                                               /s/ C. RYAN MORGAN
                                               C. Ryan Morgan, Esq.
                                               FBN 0015527
                                             Morgan & Morgan, P.A.
                                             20 N. Orange Avenue – 14th Floor
                                             Orlando, FL 32801
                                             Telephone:  (407) 420-1414
                                             Facsimile:   (407) 245-3401
                                             Email:       RMorgan@forthepeople.com
                                             Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**/s/ C. Ryan Morgan**
C. Ryan Morgan, Esq.